JS-6

Jeffrey S. Behar, Esq., Bar No. 81565
Tina I. Mangarpan, Esq., Bar No. 117898
Daniel C. Heaton, Esq., Bar No. 262232
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center
Twenty-Seventh Floor
Long Beach, California 90831-2700
(562) 983-2500; (562) 983-2555 Fax

Attorneys for Defendant,
**AMERICAN AIRLINES, INC.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARLOS LAZO, ) | Case No. CV12-4864 CAS (PJWx) |
| Plaintiff, ) | |
| v. ) | ~~[PROPOSED]~~ **JUDGMENT FOLLOWING ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |
| AMERICAN AIRLINES, INC., ) And DOES 1 through 50, ) | |
| Defendants. ) | |

On November 17, 2014, the Court entered an Order **GRANTING** the Motion to Dismiss of Defendant AMERICAN AIRLINES, INC. ("Defendant"), thereby **DISMISSING** the Complaint of Plaintiff CARLOS LAZO ("Plaintiff") **WITH PREJUDICE** for failure to state a claim upon which relief may be granted. Judgment is accordingly entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: November 21, 2014

_____
HON. CHRISTINA A. SNYDER
JUDGE OF THE UNITED STATES DISTRICT COURT

1